UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Jian Li

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 08269

Defendant _____Jian Li_____ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or __x_ teleconferencing:

_x__  Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__x_  Bail/Detention Hearing

__x_  Conference Before a Judicial Officer


_/s/ Jian Li by Michael Mullen_____  
Defendant's Signature  
(Judge may obtain verbal consent on  
Record and Sign for Defendant)

_____/s/Michael Mullen_____  
Defendant's Counsel's Signature


_____Jian Li_____  
Print Defendant's Name

_Michael Mullen_____  
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

___8/25/20_____  
Date

_____  
U.S. District Judge/U.S. Magistrate Judge